FILED
CLERK, U.S. DISTRICT COURT

NOV - 7 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONNELL KELLY,<br><br>Defendant. | Case No.  CR 98-914 RGK<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 31.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

## I.

The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

II.

The Court finds that

A.   ☒   Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

    ☒   Lack of bail resources

    ☒   Refusal to interview with Pretrial Services

    ☐   No stable residence or employment

    ☐   Previous failure to appear or violations of probation, parole, or release

    ☐   Ties to foreign countries

    ☒   Allegations in petition

    ☐

B.   ☒   Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

    ☒   Nature of previous criminal convictions

    ☒   Allegations in petition

    ☐   Substance abuse

    ☐   Already in custody on state or federal offense

    ☐

III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: November 7, 2014

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

3